Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>RICARDO VITAL, et al.,<br><br>   Defendants. | Case No.: CIV-F-03-6230 LJO<br><br>Hon. Magistrate Judge Lawrence J. O'Neill<br><br>**ORDER DISMISSING DEFENDANT MICHAEL VARNI** |

Having read the Request for Voluntary Dismissal of Defendant MICHAEL VARNI filed on February 23, 2005 by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

This action is hereby dismissed with prejudice as against Defendant MICHAEL VARNI only;

Each party shall bear its own attorney's fees and costs incurred in this action to date; and

/ / /

/ / /

/ / /

As Defendant MICHAEL VARNI is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

IT IS SO ORDERED.

**Dated:   July 15, 2005**                               /s/ Lawrence J. O'Neill

b9ed48                                              UNITED STATES MAGISTRATE JUDGE