Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 177920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-F-03-6230 LJO |
| Plaintiff, | Hon. Lawrence J. O'Neill |
| vs. | **[PROPOSED] ORDER DISMISSING DEFENDANT RICHARD ELDRIDGE** |
| RICARDO VITAL, et al., | |
| Defendants. | |

Having read the Request for Voluntary Dismissal of Defendant Richard Eldridge filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

This action is hereby dismissed with prejudice as against Defendant Ricardo Eldridge only;

Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

IT IS SO ORDERED.

**Dated:   January 26, 2006**          **/s/ Lawrence J. O'Neill**

66h44d                           UNITED STATES MAGISTRATE JUDGE